**2002–2033. State v. Wilson.**
Lucas App. No. L–01–1196, 2002-Ohio-5920. On review of order certifying a conflict. The court determines that a conflict exists. Sue sponte, cause consolidated with 2002–2086, *State v. Wilson,* Lucas App. No. L–01–1196, 2002-Ohio-5920; causes held for the decision in 2002–0201, *State v. Fisher,* Franklin App. No. 01AP–614, 2001-Ohio-8772; and briefing schedule stayed.
RESNICK, J., not participating.

**2002–2082. Midwestern Indemn. Co. v. Savage.**
Darke App. No. 02CA1584, 2002-Ohio-5593. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause consolidated with 2002–2058, *Midwestern Indemn. Co. v. Savage,* Darke App. No. 02CA1584, 2002-Ohio-5593; cause held for the decision in *Penn Traffic Co. v. AIU Ins. Co.,* Pike App. No. 00CA653, 2001-Ohio-2567; and briefing schedule stayed.
RESNICK, F.E. SWEENEY and LUNDBERG STRATTON, JJ., dissent.

**2003–0073. Jackson v. Bellomy.**
Franklin App. No. 01AP–1397, 2002-Ohio-6495. On amended motion for stay of court of appeals' judgment. Amended motion granted.
F.E. SWEENEY and PFEIFER, JJ., dissent.

**2003–0085. State ex rel. Commt. for the Referendum of Ordinance 3844–02 v. Norris.**
In Mandamus. On motion of Sugar Chestnut, LLC, Pulte Homes of Ohio, LLC, and Whitlatch & Co. to intervene as respondents. Motion granted.
On motion to dismiss of intervening respondents. Motion denied.
On motion to expedite. Motion denied.
PFEIFER, J., dissents.
Sua sponte, alternative writ granted.

**2003–0110. State v. Knox.**
Lorain App. No. 99CA007420. On motion for leave to file delayed appeal. Motion denied.

**2003–0155. Mentor v. Krejsa.**
Lake App. No. 2001–L–188, 2002-Ohio-7145. On motion for stay of court of appeals' judgment. Motion denied.

**2003–0174. State v. Tuomala.**
Ashtabula App. No. 2001–A–0088, 2002-Ohio-6936. On motion for stay of court of appeals' judgment. Motion granted.
PFEIFER, J., dissents.

**2003–0187. State v. Smith.**
Union App. No. 14–2000–18, 2002-Ohio-1784. On motion for leave to file delayed appeal. Motion denied.

**2003–0190. State v. Robison.**
Licking App. No. 02CA00015, 2002-Ohio-7216. On motion for stay of court of appeals' judgment. Motion denied.

**2003–0192. State v. Bennett.**
Summit App. No. 21121, 2003-Ohio-238. On motion for stay of court of appeals' judgment of January 22, 2003. Motion denied.
MOYER, C.J., dissents.

**2003–0204. State v. Sheppard.**
Hamilton App. No. C–000553. On motion for leave to file delayed appeal. Motion denied.

**2003–0222. State v. Myles.**
Marion App. No. 9–2000–93, 2001-Ohio-2216. On motion for leave to file delayed appeal. Motion denied.